UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS AUTO CLINIC, INC., a California Corporation; ABDULNASSER ALSUMAIRI; WALED AYEDH; and Does 1-10,<br><br>Defendants. | Case: No.: 4:18-CV-00464-KAW<br><br>[proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including May 15, 2018.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 5/2/18

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

1