UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 18-cv-00464-KAW |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| EXPRESS AUTO CLINIC, INC., et al., | |
| Defendants. | |

On January 21, 2018, Plaintiff Scott Johnson filed the instant Americans with Disabilities Act case. (Dkt. No. 1.) On November 13, 2018, the ADR unit certified that mediation was complete. Per General Order 56 ¶ 8, Plaintiff was required to file a motion for administrative relief requesting a case management conference within 7 days after the mediation. (*See* Dkt. No. 5 at 2.) As of the date of this order, Plaintiff has not filed his request for a case management conference.

Accordingly, the Court ORDERS Plaintiff to show cause, by **December 18, 2018**, by: (1) filing his request for a case management conference, and (2) explaining why Plaintiff failed to comply with the Court's deadlines. Failure to timely respond may result in the Court dismissing the case for failure to prosecute and failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated: November 4, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge