UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>　v.<br>EXPRESS AUTO CLINIC, INC., et al.,<br>　　　　Defendants. | Case No. 18-cv-00464-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 55 |

On April 5, 2019, Plaintiff filed a motion for default judgment. (Dkt. No. 55.) On April 8, 2019, the Court issued an order stating that if Defendant failed to file an opposition by the deadline under Civil Local Rule 7, Plaintiff was to file and e-mail a proposed order by the reply deadline. (Dkt. No. 57.) The proposed order was to be structured as outlined in Attachment A to the November 19, 2018 order, and "include all relevant legal authority and analysis necessary to establish the case." (*Id.*)

As no opposition was filed, Plaintiff's proposed order was due by April 26, 2019. As of the date of this order, Plaintiff has not submitted the proposed order or provided a chambers copy of the motion for default judgment. The Court notes this is the second case in which Plaintiff has failed to provide the proposed order and chambers copy, as required by the Court's order. (*See Johnson v. RK Investment Properties, Inc.*, Case No. 18-cv-1132-KAW, Dkt. No. 17.) Accordingly, the Court ORDERS Plaintiff to show cause why Plaintiff should not be sanctioned for failing to comply with Court orders by: (1) submitting the proposed order, (2) providing a chambers copy of the motion for default judgment, and (3) explaining why Plaintiff has not complied with the Court's orders. Plaintiff's response is due by **May 8, 2019**.

///

The Court CONTINUES the hearing on the motion for default judgment to **June 6, 2019**.

IT IS SO ORDERED.

Dated: May 1, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge